CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jasaiyah Ontiveros**<br>DOB: 2006; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-02667MJ |

Complaint for a violation of Title 18, United States Code, § 554(a)

On or about February 5, 2025, in the District of Arizona, **Jasaiyah Ontiveros** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: three (3) pistols, 1,460 rounds of .50 caliber ammunition, 76 rounds of 45 ACP ammunition, and five (5) pistol magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On February 5, 2025, at approximately 11:42 a.m., **Jasaiyah Ontiveros** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Jasaiyah ONTIVEROS** who was the driver and sole occupant of a navy-blue Nissan Maxima vehicle bearing Sonora, Mexico license plate WGU-476-B. CBPO'S obtained a negative orally binding declaration for weapons, ammunition, or currency in excess of $10,000.00. During an inspection at primary, CBPOs discovered three (3) pistols, 1,460 rounds of .50 caliber ammunition, 76 rounds of 45 ACP ammunition, and five (5) pistol magazines concealed inside of a speaker box inside the trunk of the vehicle. The vehicle was sent to the Z-Portal (X-Ray machine) with negative results for anomalies inside of the vehicle.

In a post-*Miranda* interview, **ONTIVEROS** told HSI agents that the vehicle belonged to her uncle who is in the United States illegally. **ONTIVEROS** claimed her uncle coordinates narcotics smuggling into the U.S. from Mexico. **ONTIVEROS** stated she was going to her grandmother's house in Mexico. **ONTIVEROS** stated that her uncle called her and told her she could use his car to go into Mexico. **ONTIVEROS** told agents that her uncle picked her up from her current residence and then drove her to a Valero gas station where the car was parked. **ONTIVEROS** said that she asked her uncle why the car was at the gas station and not at his house because it seemed odd. **ONTIVEROS** told agents that her uncle's friend was in possession of the car at a mechanic shop nearby and the friend dropped the car off at the gas station for her uncle. **ONTIVEROS** claimed that her uncle instructed her to go straight to her grandmother's house and that someone would stop by
**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>JORDAN A APALATEGUI *Digitally signed by JORDAN A APALATEGUI Date: 2025.10.10 10:08:30 -07'00'* |
|---|---|
| AUTHORIZED BY AUSA R. Arellano *Raquel Arellano Digitally signed by RAQUEL ARELLANO Date: 2025.10.10 09:05:14 -07'00'* | OFFICIAL TITLE<br>HSI SA Jordan Apaletegui |
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 10, 2025 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.

25-02667MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 2 of 6

to pick up the car and drop it back off at her grandmother's house the following morning. **ONTIVEROS** stated that she chose not to question her uncle even though it seemed odd to her. **ONTIVEROS** told agents she does not possess a firearms export license. **ONTIVEROS** provided consent to search her phone and signed a consent form.

The firearms and ammunition found in the vehicle **Jasaiyah ONTIVEROS** was driving qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **ONTIVEROS** did not possess an import/export license nor present one to the CBPOs. Prosecution of **ONTIVEROS** was deferred pending further investigation on the contents of her cellphone.

*Investigation of Ontiveros' cellphone*

Agents used Cellebrite software to forensically image the cellphone data for review. The listed number assigned to the cellphone was 6025056721, with an active WhatsApp number also as 6025056721 labeled as "Perro Zarnoso". Agents discovered that another phone number +526674936371, is also assigned to the cellphone as a *Mobile Station International Subscriber Directory Number* (MSISDN) and a WhatsApp number with no contact name associated, but still actively used by the device.

The phone contained approximately three (3) videos which depicted activities that were indicative of smuggling activity. The first video contained content of an unidentified driver and an unidentified passenger traveling on an unidentified highway. The passenger displays a grocery bag filled with bundles of U.S. currency and a clear bag containing a large stack of U.S. currency.

The second video shows an unidentified driver traveling down an unidentified highway. The camera panned to the back seat of the vehicle showing an unidentified male lying in the space between the front and back seats hiding below the back windows. The driver was not visible in the video.

The third video shows an unidentified individual holding a large stack of U.S. currency and is spreading the currency across a bed.

The phone contained 73 photos of firearms, nine (9) of which **ONTIVEROS** is depicted holding the firearms or sitting at a table with firearms. The phone contained 22 photos of what appear to be different types of narcotics, four (4) of which **ONTIVEROS** is clearly in possession. There are 13 photos depicting large sums of U.S. currency. The phone contained six (6) photos of body armor. Lastly, the phone contained four (4) photos of handheld radios.

The phone contained a text message feed between **ONTIVEROS** using the name "Perro Zarnoso" and an unidentified individual using the name "Winiepoo." The conversation is written in the Spanish language. Using a web-based language translator, the agent was able to translate the messages which indicated the sale of firearms between **ONTIVEROS** and "Winiepoo" and an unidentified third party.

The phone contained a text message feed between **ONTIVEROS** and an individual identified as "Tio Neto." This conversation is written in the Spanish language. Using a web-based language translator, the agent was able to translate the messages which indicated coordinating human smuggling activities in Sasabe, Tucson, Phoenix, Douglas, Bisbee, Ajo, Lukeville, Arivaca, Sierra Vista and San Luis. The conversation discusses $1000 per individual being picked up to be transported to Phoenix.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 3 of 6**

The phone contained a text message feed between **ONTIVEROS** using the name "Perro Zarnoso" and an unidentified individual using the name "Winiepoo." The conversation is written in the Spanish language. Using a web-based language translator, the agent was able to translate the messages which indicated the sale of firearms between **ONTIVEROS** and "Winiepoo" and an unidentified third party. This text feed also contained images of firearms.

The phone contained a text message feed between **ONTIVEROS** and an unidentified individual using the name "Chacachaca." The conversation is written in the Spanish language. Using a web-based language translator, the agent was able to translate the messages which indicated the coordination and transportation of narcotics. The conversation also references locations in Phoenix.

The phone contained a text message feed between **ONTIVEROS** and another individual. The conversation is written in the Spanish language. Using a web-based language translator, the agent was able to translate the messages which indicated the sale of firearms between **ONTIVEROS** and the individual and an unidentified third party.

Analysis of **ONTIVEROS'** social media accounts revealed **ONTIVEROS** is in contact with an identified weapons and narcotics coordinator in Mexico who coordinated an ammunition smuggling event on August 23, 2024, which resulted in an arrest of the smuggler. That event was coordinated on Instagram. **ONTIVEROS** has an active direct connection to the narcotics coordinator on Instagram.

On October 8, 2025, at approximately 3:00 p.m., HSI agents received TECS alerts that **ONTIVEROS** was attempting to cross into the U.S. from the Republic of Mexico via the DeConcini Port of Entry in Nogales, Arizona. HSI Special Agents Jordan Apalategui and Marc Howard arrived at the DeConcini Port of Entry wherein they arrested **ONTIVEROS** on a charge of 18 USC 554, smuggling goods from the United States, for the attempted smuggling event that took place on February 5, 2025.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

25-02667MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 4 of 6**



**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

25-02667MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 5 of 6



**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

25-02667MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 6 of 6**

